**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WELPLEX, INC.,<br><br>                                         Plaintiff,<br>   vs.<br>JEFFREY QUIST,<br><br>                                         Defendant. | CASE NO. 06-CV-02655 JM (JMA)<br><br>**ORDER TERMINATING CASE** |

On November 8, 2006, United States District Judge Steven D. Merryday for the Middle District of Florida ordered this case be transferred to this court. When the case was initially transferred on around November 20, 2006, it was assigned to Judge John A. Houston as case number 06-CV-02639. On December 4, 2006, additional documents in the case were filed. Due to a clerical error, these additional documents were filed as new case number 06-CV-02655 and assigned to Judge Jeffrey T. Miller. The two cases involve the same complaint, the same parties, and the same facts. Therefore, the clerk is **ORDERED** to terminate case number 06-CV-02655 and re-docket the documents filed thereunder to case number 06-CV-02639.

**IT IS SO ORDERED.**

DATED: January 5, 2007

                                                                    _____
                                                                    Hon. Jeffrey T. Miller
                                                                    United States District Judge

cc:      Judge Houston
         Magistrate Judge Adler
         All Parties

06cv2655